# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: THOMAS J. LEWIS & ROBIN L. LEWIS  
6242 WEAVER ROAD  
ROCKFORD, IL 61114  

Case Number: 05-72246  
SSN-xxx-xx-6721 & xxx-xx-0349

Case filed on: 5/5/2005  
Plan Confirmed on: 10/14/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $15,166.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY DAVID H CARTER | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 204 | PIERCE AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | THOMAS J. LEWIS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | JP MORGAN CHASE BANK NA/BANK ONE | 17,500.00 | 17,500.00 | 5,369.29 | 3,191.19 |
| 003 | COUNTRYWIDE HOME LOANS | 130,530.77 | 0.00 | 0.00 | 0.00 |
| 004 | COUNTRYWIDE HOME LOANS | 7,103.32 | 7,103.32 | 2,977.16 | 0.00 |
|  | Total Secured | 155,134.09 | 24,603.32 | 8,346.45 | 3,191.19 |
| 001 | AARONS RENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | JP MORGAN CHASE BANK NA/BANK ONE | 1,263.72 | 88.46 | 0.00 | 0.00 |
| 005 | AAT INFA RED | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ALL GREEN | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ASPIRE VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BAKER, MILLER, MARKOFF & KRANSY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | BROOKSIDE MEDICAL CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CHADWICKS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | COM ED | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CREDITORS PROTECTION SERVICE, INC | 3,163.06 | 221.41 | 0.00 | 0.00 |
| 015 | DENNIS A BREBNER & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | FEATURE FILMS FOR FAMILYS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | FEDERAL COLLECTIONS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | FMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | FOREST CITY PHYSICAL THERAPY | 72.60 | 5.08 | 0.00 | 0.00 |
| 020 | FREEDOM DRUGS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ATTENTION LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | LYDIA MEYER, TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | NICOR GAS | 731.21 | 51.18 | 0.00 | 0.00 |
| 025 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | OSF ST ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | PHYSICIANS IMMEDIATE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | RADIOLOGY CONSULTANTS ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | RECEIVABLE MANAGEMENT SOLUTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | ROBERT MITCHELL | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | ROCKFORD MERCANTILE AGENCY INC | 2,011.00 | 140.77 | 0.00 | 0.00 |
| 033 | ROCK RIVER WATER RECLAMATION | 282.84 | 19.80 | 0.00 | 0.00 |
| 034 | SEEBER FOOT & ANKLE CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | CREDITORS BANKRUPTCY SERVICE | 356.26 | 24.94 | 0.00 | 0.00 |
| 036 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | UNIFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | ATTORNEY TERRY HOSS & | 40.00 | 2.80 | 0.00 | 0.00 |
| 039 | CAPITAL ONE | 574.66 | 40.23 | 0.00 | 0.00 |
| 040 | CAPITAL ONE | 463.68 | 32.46 | 0.00 | 0.00 |
|  | Total Unsecured | 8,959.03 | 627.13 | 0.00 | 0.00 |
|  | Grand Total: | 166,793.12 | 27,930.45 | 11,046.45 | 3,191.19 |

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Total Paid Claimant:     $14,237.64
Trustee Allowance:       $928.36
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008            By  /s/Heather M. Fagan